# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STEVEN ROBERT MERICAL | § | Case No. 16-81864 |
| SUE MARIE MERICAL | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/05/2016 . The undersigned trustee was appointed on 08/05/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---:|---:|
| 4. The trustee realized gross receipts of | $ | 285,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 83,333.33 |
| Bank service fees | | 343.96 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 186,322.71 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/21/2016 and the deadline for filing governmental claims was 02/01/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 16,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 16,750.00 , for a total compensation of $ 16,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 5.88 , for total expenses of $ 5.88 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/02/2017                By: /s/BERNARD J. NATALE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-81864 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | STEVEN ROBERT MERICAL | | | | Date Filed (f) or Converted (c): | 08/05/2016 (f) |
| | SUE MARIE MERICAL | | | | 341(a) Meeting Date: | 09/15/2016 |
| For Period Ending: | 03/02/2017 | | | | Claims Bar Date: | 12/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1535 Sunflower Sycamore Il 60178-0000 Dekalb | 340,000.00 | 0.00 | | 0.00 | FA |
| 2. 2 S. Seminary Mount Morris Il 61054-0000 Ogle | 90,000.00 | 0.00 | | 0.00 | FA |
| 3. 3012 Halsted Rockford Il 61101-0000 Winnebago | 90,000.00 | 0.00 | | 0.00 | FA |
| 4. Route 30 Rock Falls Il 61071-0000 Whiteside | 300,000.00 | 0.00 | | 0.00 | FA |
| 5. 1996 Toyota Landcruiser Mileage: 212,000 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. 2015 Honda Crv Mileage: 37000 | 18,000.00 | 13,200.00 | | 11,880.00 | FA |
| 7. 2002 Bmw K1200lt Mileage: 62000 | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. 1977 Honda Gl1000 Mileage: 42000 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Six Rooms Furniture, Furnishings And Supplies | 1,500.00 | 0.00 | | 4,899.00 | FA |
| 10. 120 Ounces Of Silver Coins. | 2,400.00 | 0.00 | | 2,400.00 | FA |
| 11. 4 Pistols And 2 Rifles | 1,600.00 | 0.00 | | 1,600.00 | FA |
| 12. Cash | 500.00 | 0.00 | | 0.00 | FA |
| 13. Checking | 2,400.00 | 0.00 | | 0.00 | FA |
| 14. Money Market | 4,821.00 | 0.00 | | 4,221.00 | FA |
| 15. Merical Properties, Llc - Operates The Rental Properties Own | 0.00 | 0.00 | | 0.00 | FA |
| 16. 401K | 700,000.00 | 0.00 | | 0.00 | FA |
| 17. Iras | 140,000.00 | 0.00 | | 0.00 | FA |
| 18. Potential Medical Malpractice Claim. | 0.00 | 0.00 | | 250,000.00 | FA |
| 19. Possible fraudulent Conveyance - Son & Daughter | 0.00 | 10,000.00 | | 10,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,695,721.00 | $23,200.00 | | $285,000.00 | $0.00 |

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2017     Current Projected Date of Final Report (TFR): 12/31/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 16-81864 | Trustee Name: BERNARD J. NATALE |
| Case Name: STEVEN ROBERT MERICAL | Bank Name: Associated Bank |
| SUE MARIE MERICAL | Account Number/CD#: XXXXXX8715 |
| | Checking |
| Taxpayer ID No: XX-XXX4363 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 03/02/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/09/16 | | SUE MARIE MERICAL<br>1535 SUNFLOWER DRIVE<br>SYCAMORE, IL  60178 | Compromise | | $35,000.00 | | $35,000.00 |
| | | | Gross Receipts  $35,000.00 | | | | |
| | 6 | | 2015 Honda Crv Mileage: 37000  $11,880.00 | 1129-000 | | | |
| | 9 | | Six Rooms Furniture, Furnishings And Supplies  $4,899.00 | 1129-000 | | | |
| | 10 | | 120 Ounces Of Silver Coins.  $2,400.00 | 1129-000 | | | |
| | 11 | | 4 Pistols And 2 Rifles  $1,600.00 | 1129-000 | | | |
| | 14 | | Money Market  $4,221.00 | 1129-000 | | | |
| | 19 | | Possible fraudulent Conveyance - Son & Daughter  $10,000.00 | 1141-000 | | | |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.27 | $34,959.73 |
| 01/11/17 | 18 | Trinity Health<br>Insurance & Risk Management Services<br>20555 Victor Parkway<br>Livonia MI 48152 | Personal Injury Settlement<br>Pymt of MP Settlement | 1142-000 | $250,000.00 | | $284,959.73 |
| 02/01/17 | 1101 | Cogan & Power PC<br>Attn: Thomas Prindable<br>One East Wacker Drive<br>Suite 510<br>Chicago IL 60601 | Merical v Loyola Univ Medical Ctr<br>Payment of Special Counsel Fees | 3210-600 | | $83,333.33 | $201,626.40 |
| 02/01/17 | 1102 | Merical, Sue Marie<br>% Attorney Thomas Prindable<br>One East Wacker Drive<br>Suite 510<br>Chicago IL 60601 | PI Exemption<br>Payment of Debtor's PI Exemption | 8100-002 | | $15,000.00 | $186,626.40 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $303.69 | $186,322.71 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $285,000.00     $98,677.29

|  | | |
|---|---:|---:|
| COLUMN TOTALS | $285,000.00 | $98,677.29 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $285,000.00 | $98,677.29 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $285,000.00 | $83,677.29 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8715 - Checking | $285,000.00 | $83,677.29 | $186,322.71 |
| | $285,000.00 | $83,677.29 | $186,322.71 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $285,000.00 |
| Total Gross Receipts: | $285,000.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 16-81864  
Debtor Name: STEVEN ROBERT MERICAL  
Claims Bar Date: 12/21/2016

Date: March 2, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| Exemption 99 8100 | Sue Marie Merical<br>% Attorney Thomas Prindable<br>One East Wacker Drive<br>Suite 510<br>Chicago IL 60601 | Administrative | | $0.00 | $15,000.00 | $15,000.00 |
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $16,750.00 | $16,750.00 |
| 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $5.88 | $5.88 |
| Atty Fees 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $8,361.25 | $8,361.25 |
| Atty Exp 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $9.07 | $9.07 |
| Spec Counsel 100 3210 | Cogan & Power PC<br>Attn: Thomas Prindable<br>One East Wacker Drive<br>Suite 510<br>Chicago IL 60601 | Administrative | | $0.00 | $83,333.33 | $83,333.33 |
| 1 300 7100 | Sterling Federal Bank, F.S.B.<br>110 E. 4Th Street<br>P.O. Box 617<br>Sterling, Il 61081 | Unsecured | | $0.00 | $108,040.11 | $108,040.11 |
| 2 300 7100 | Sterling Federal Bank, F.S.B.<br>110 E. 4Th Street<br>P.O. Box 617<br>Sterling, Il 61081 | Unsecured | | $0.00 | $23,605.17 | $23,605.17 |
| 3 300 7100 | Byron Bank<br>C/O Hinshaw & Culbertson<br>C/O Devon Noble<br>100 Park Ave<br>Rockford, Il 61101 | Unsecured | | $0.00 | $110,611.05 | $110,611.05 |
| | Case Totals | | | $0.00 | $365,715.86 | $365,715.86 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                           Printed: March 2, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-81864     Date: March 2, 2017
Debtor Name: STEVEN ROBERT MERICAL
Claims Bar Date: 12/21/2016

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-81864
Case Name: STEVEN ROBERT MERICAL
           SUE MARIE MERICAL
Trustee Name: BERNARD J. NATALE

Balance on hand                                                      $       186,322.71

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 16,750.00 | $ 0.00 | $ 16,750.00 |
| Trustee Expenses: BERNARD J. NATALE | $ 5.88 | $ 0.00 | $ 5.88 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 8,361.25 | $ 0.00 | $ 8,361.25 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 9.07 | $ 0.00 | $ 9.07 |
| Other: Cogan & Power PC | $ 83,333.33 | $ 83,333.33 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses         $        25,126.20
Remaining Balance                                              $       161,196.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 242,256.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 66.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Sterling Federal Bank, F.S.B. | $ 108,040.11 | $ 0.00 | $ 71,889.51 |
| 2 | Sterling Federal Bank, F.S.B. | $ 23,605.17 | $ 0.00 | $ 15,706.80 |
| 3 | Byron Bank | $ 110,611.05 | $ 0.00 | $ 73,600.20 |
| | Total to be paid to timely general unsecured creditors | | | $ 161,196.51 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE