UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
WESTERN  DIVISION

In re: §
 §
STEVEN ROBERT MERICAL § Case No. 16-81864
SUE MARIE MERICAL §
 §
 §
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 790,000.00<br>*(Without deducting any secured claims)* | Assets Exempt: 897,800.00 |
| Total Distributions to Claimants: 161,196.51 | Claims Discharged<br>Without Payment: 1,088,113.82 |
| Total Expenses of Administration: 108,803.49 | |

   3) Total gross receipts of $ 285,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 270,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,007,054.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 108,803.49 | 108,803.49 | 108,803.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 242,256.33 | 242,256.33 | 161,196.51 |
| **TOTAL DISBURSEMENTS** | $ 1,007,054.00 | $ 351,059.82 | $ 351,059.82 | $ 270,000.00 |

4) This case was originally filed under chapter 7 on 08/05/2016 . The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/22/2017         By:/s/BERNARD J. NATALE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 120 Ounces Of Silver Coins. | 1129-000 | 2,400.00 |
| 2015 Honda Crv Mileage: 37000 | 1129-000 | 11,880.00 |
| 4 Pistols And 2 Rifles | 1129-000 | 1,600.00 |
| Money Market | 1129-000 | 4,221.00 |
| Six Rooms Furniture, Furnishings And Supplies | 1129-000 | 4,899.00 |
| Possible fraudulent Conveyance - Son & Daughter | 1141-000 | 10,000.00 |
| Potential Medical Malpractice Claim. | 1142-000 | 250,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$285,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Merical, Sue Marie | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Byron Bank, 200 N. Walnut Byron, IL 61010 | | 385,271.00 | NA | NA | 0.00 |
| | Byron Bank, 200 N. Walnut Byron, IL 61010 | | 284,165.00 | NA | NA | 0.00 |
| | Byron Bank, 200 N. Walnut Byron, IL 61010 | | 28,687.00 | NA | NA | 0.00 |
| | Sterling Federal, P.O. Box 617 Sterling, IL 61081 | | 195,514.00 | NA | NA | 0.00 |
| | Sterling Federal, P.O. Box 617 Sterling, IL 61081 | | 4,799.00 | NA | NA | 0.00 |
| | Sterling Federal, P.O. Box 617 Sterling, IL 61081 | | 108,618.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 1,007,054.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 16,750.00 | 16,750.00 | 16,750.00 |
| BERNARD J. NATALE | 2200-000 | NA | 5.88 | 5.88 | 5.88 |
| Associated Bank | 2600-000 | NA | 343.96 | 343.96 | 343.96 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 8,361.25 | 8,361.25 | 8,361.25 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE LTD | 3120-000 | NA | 9.07 | 9.07 | 9.07 |
| Cogan & Power PC | 3210-600 | NA | 83,333.33 | 83,333.33 | 83,333.33 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 108,803.49 | $ 108,803.49 | $ 108,803.49 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Byron Bank | 7100-000 | NA | 110,611.05 | 110,611.05 | 73,600.20 |
| 1 | Sterling Federal Bank, F.S.B. | 7100-000 | NA | 108,040.11 | 108,040.11 | 71,889.51 |
| 2 | Sterling Federal Bank, F.S.B. | 7100-000 | NA | 23,605.17 | 23,605.17 | 15,706.80 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 242,256.33 | $ 242,256.33 | $ 161,196.51 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-81864 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | STEVEN ROBERT MERICAL | | | | Date Filed (f) or Converted (c): | 08/05/2016 (f) |
| | SUE MARIE MERICAL | | | | 341(a) Meeting Date: | 09/15/2016 |
| For Period Ending: | 05/15/2017 | | | | Claims Bar Date: | 12/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1535 Sunflower Sycamore Il 60178-0000 Dekalb | 340,000.00 | 0.00 | | 0.00 | FA |
| 2. 2 S. Seminary Mount Morris Il 61054-0000 Ogle | 90,000.00 | 0.00 | | 0.00 | FA |
| 3. 3012 Halsted Rockford Il 61101-0000 Winnebago | 90,000.00 | 0.00 | | 0.00 | FA |
| 4. Route 30 Rock Falls Il 61071-0000 Whiteside | 300,000.00 | 0.00 | | 0.00 | FA |
| 5. 1996 Toyota Landcruiser Mileage: 212,000 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. 2015 Honda Crv Mileage: 37000 | 18,000.00 | 13,200.00 | | 11,880.00 | FA |
| 7. 2002 Bmw K1200lt Mileage: 62000 | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. 1977 Honda Gl1000 Mileage: 42000 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Six Rooms Furniture, Furnishings And Supplies | 1,500.00 | 0.00 | | 4,899.00 | FA |
| 10. 120 Ounces Of Silver Coins. | 2,400.00 | 0.00 | | 2,400.00 | FA |
| 11. 4 Pistols And 2 Rifles | 1,600.00 | 0.00 | | 1,600.00 | FA |
| 12. Cash | 500.00 | 0.00 | | 0.00 | FA |
| 13. Checking | 2,400.00 | 0.00 | | 0.00 | FA |
| 14. Money Market | 4,821.00 | 0.00 | | 4,221.00 | FA |
| 15. Merical Properties, Llc - Operates The Rental Properties Own | 0.00 | 0.00 | | 0.00 | FA |
| 16. 401K | 700,000.00 | 0.00 | | 0.00 | FA |
| 17. Iras | 140,000.00 | 0.00 | | 0.00 | FA |
| 18. Potential Medical Malpractice Claim. | 0.00 | 0.00 | | 250,000.00 | FA |
| 19. Possible fraudulent Conveyance - Son & Daughter | 0.00 | 10,000.00 | | 10,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,695,721.00 | $23,200.00 | | $285,000.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FINAL HEARING HELD 4/6/2017

Initial Projected Date of Final Report (TFR): 12/31/2017        Current Projected Date of Final Report (TFR): 12/31/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                                 Exhibit 9

| Case No: | 16-81864 | Trustee Name: | BERNARD J. NATALE |
| Case Name: | STEVEN ROBERT MERICAL | Bank Name: | Associated Bank |
| | SUE MARIE MERICAL | Account Number/CD#: | XXXXXX8715 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4363 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 05/15/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/09/16 | | SUE MARIE MERICAL<br>1535 SUNFLOWER DRIVE<br>SYCAMORE, IL  60178 | Compromise | | $35,000.00 | | $35,000.00 |
| | | | Gross Receipts  $35,000.00 | | | | |
| | 6 | | 2015 Honda Crv Mileage: 37000  $11,880.00 | 1129-000 | | | |
| | 9 | | Six Rooms Furniture, Furnishings And Supplies  $4,899.00 | 1129-000 | | | |
| | 10 | | 120 Ounces Of Silver Coins.  $2,400.00 | 1129-000 | | | |
| | 11 | | 4 Pistols And 2 Rifles  $1,600.00 | 1129-000 | | | |
| | 14 | | Money Market  $4,221.00 | 1129-000 | | | |
| | 19 | | Possible fraudulent Conveyance - Son & Daughter  $10,000.00 | 1141-000 | | | |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.27 | $34,959.73 |
| 01/11/17 | 18 | Trinity Health<br>Insurance & Risk Management Services<br>20555 Victor Parkway<br>Livonia MI 48152 | Personal Injury Settlement Pymt of MP Settlement | 1142-000 | $250,000.00 | | $284,959.73 |
| 02/01/17 | 1101 | Cogan & Power PC<br>Attn: Thomas Prindable<br>One East Wacker Drive<br>Suite 510<br>Chicago IL 60601 | Merical v Loyola Univ Medical Ctr<br>Payment of Special Counsel Fees | 3210-600 | | $83,333.33 | $201,626.40 |
| 02/01/17 | 1102 | Merical, Sue Marie<br>% Attorney Thomas Prindable<br>One East Wacker Drive<br>Suite 510<br>Chicago IL 60601 | PI Exemption<br>Payment of Debtor's PI Exemption | 8100-002 | | $15,000.00 | $186,626.40 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $303.69 | $186,322.71 |

Page Subtotals:                                                                                                           $285,000.00        $98,677.29

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-81864 | Trustee Name: BERNARD J. NATALE |
| Case Name: STEVEN ROBERT MERICAL | Bank Name: Associated Bank |
| SUE MARIE MERICAL | Account Number/CD#: XXXXXX8715 |
| | Checking |
| Taxpayer ID No: XX-XXX4363 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 05/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/05/17 | 1103 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Distribution | | | $16,755.88 | $169,566.83 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.   ($16,750.00) | 2100-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.   ($5.88) | 2200-000 | | | |
| 04/05/17 | 1104 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Distribution | | | $8,370.32 | $161,196.51 |
| | | BERNARD J. NATALE LTD | Attorney Fees   ($8,361.25) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Atty Expenses   ($9.07) | 3120-000 | | | |
| 04/05/17 | 1105 | Sterling Federal Bank, F.S.B.<br>110 E. 4Th Street<br>P.O. Box 617<br>Sterling, Il 61081 | Distribution | | | $87,596.31 | $73,600.20 |
| | | Sterling Federal Bank, F.S.B. | Ref #0660   ($71,889.51) | 7100-000 | | | |
| | | Sterling Federal Bank, F.S.B. | Ref #1551   ($15,706.80) | 7100-000 | | | |
| 04/05/17 | 1106 | Byron Bank<br>C/O Hinshaw & Culbertson<br>C/O Devon Noble<br>100 Park Ave<br>Rockford, Il 61101 | Ref # | 7100-000 | | $73,600.20 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $285,000.00 | $285,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $285,000.00 | $285,000.00 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Page Subtotals: | $0.00 | $186,322.71 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Case 16-81864    Doc 50    Filed 05/31/17    Entered 05/31/17 15:17:11    Desc Main
Document      Page 11 of 12

Net    $265,000.00    $270,000.00

Exhibit 9

Page Subtotals: $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8715 - Checking | $285,000.00 | $270,000.00 | $0.00 |
| | $285,000.00 | $270,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $285,000.00 |
| Total Gross Receipts: | $285,000.00 |

Page Subtotals:             $0.00        $0.00